## UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **VERONICA BENNETT** | * | **CIVIL ACTION** |
| | * | |
| | * | **NUMBER:** |
| **VERSUS** | * | |
| | * | |
| **GREAT WEST CASUALTY** | * | **SECTION "    " (    )** |
| **COMPANY, LIQUID TRANSPORT,** | * | |
| **LLC, AND JAMES LEE** | * | **MAGISTRATE** |
| * * * * * * * * * * * * | * | |

## NOTICE OF REMOVAL

**TO:**    Honorable Nick J. Lorio      **Plaintiff, Veronica Bennett**
        Clerk of Court                 Through her Attorney of Record
        United States District Court    **Scott T. Gegenheimer**
        Middle District of Louisiana     201 Napoleon Street
        777 Florida Street, Suite 139    Baton Rouge, LA 70802
        Baton Rouge, Louisiana  70801-1712    Phone: 225-346-8722

Pursuant to the provisions of 28 U.S.C. § 1446, you are hereby notified the attached Complaint for Removal of the above titled and numbered civil action has been filed in the United States District Court for the Middle District of Louisiana, and a copy thereof has been filed with the Clerk of Court for the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, effecting the removal of these proceedings.

1

Respectfully submitted:

**CHOPIN, WAGAR, RICHARD & KUTCHER, L.L.P.**

_____

**BRADLEY J. LUMINAIS, JR. (#28663)**
**BRITTANY M. COURTENAY (# 31846)**
Two Lakeway Center
3850 N. Causeway Boulevard, Suite 900
Metairie, Louisiana 70002
Phone: 504-830-3838
*Attorneys for Defendant, Great West Casualty Company*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 30th day of October, 2013, served a copy of the foregoing pleading on counsel for all parties to this proceeding via facsimile.

_____

          **BRADLEY J. LUMINAIS, JR.**