UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VERONICA BENNETT | * | CIVIL ACTION |
| | * | |
| | * | NUMBER: |
| VERSUS | * | |
| | * | |
| GREAT WEST CASUALTY | * | SECTION " " ( ) |
| COMPANY, LIQUID TRANSPORT, | * | |
| LLC, AND JAMES LEE | * | MAGISTRATE |

\* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT FOR REMOVAL

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Great West Casualty Company, who with respect states:

1.

This action has been brought in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana by the service of a Petition for Damages and a Citation on Defendant. The action brought in the 19th Judicial District Court for the Parish of East Baton Rouge, No. 625141, Section 25, is titled, *"Veronica Bennett versus Great West Casualty Company, Liquid Transport, LLC, and James Lee."*

2.

This action is a civil action brought by Plaintiff, Veronica Bennett, seeking to recover damages, as alleged in Plaintiff's Petition for Damages.[1]

3.

According to the allegations in Plaintiff's Petition, this Court has diversity jurisdiction over this matter under 28 U.S.C. § 1332 because this action involves a controversy that is wholly between citizens of different states.[2] Plaintiff is of the full age of majority, a resident of, domiciled in, and a citizen of the State of Louisiana.[3]

4.

There are three Defendants in Plaintiff's Petition – (1) James Lee, (2) Liquid Transport, LLC, and (3) Great West Casualty Company.

5.

Defendant, James Lee, is a person of the full age of majority, resident of, domiciled in, and a citizen of the State of Arkansas.[4]

6.

Defendant, Liquid Transport, LLC, is a limited liability company wholly owned by Ronald Dana, who is a resident of, domiciled in, and a citizen of Puerto Rico.

7.

Defendant, Great West Casualty Company, is incorporated in Nebraska with its principal place of business in Nebraska.[5] Moreover, pursuant to U.S.C.A. 218 § 1332(c)(1), Great West

---

[1] See Plaintiff's Petition for Damages, attached hereto as Exhibit 1.
[2] *Id.*
[3] *Id.*
[4] *Id.*

2

Casualty Company shall be deemed a citizen of the states in which its insureds are citizens. Great West Casualty Company insures James Lee and Liquid Transport, LLC. Therefore, Great West Casualty Company is a citizen of Arkansas and Puerto Rico.

8.

Plaintiff, Veronica Bennett, sustained personal damages as a result of the accident in question, and she is seeking (1) medical expenses, past, present and future; (2) mental anguish, past, present and future; (3) pain and suffering, past, present and future; (4) loss of enjoyment of life; (5) lost wages and loss of earning capacity past, present and future; (6) property damage; cell phone; (7) travel expenses; and (8) miscellaneous expenses.[6] Defendant in no way admits Plaintiff's damages are in excess of $75,000; however, based on the face of her Petition, it is clear she is seeking damages in excess of $75,000, which satisfies the amount in controversy requirement. Moreover, Plaintiff agreed the amount in controversy is over $75,000.[7] Accordingly, the Court has diversity jurisdiction over this matter because the parties are completely diverse, and the amount in controversy exceeds $75,000.

9.

Defendant, Great West Casualty Company, hereby consents to the removal of this case from the 19th Judicial District Court for the Parish of East Baton Rouge to the United States District Court for the Middle District of Louisiana. The other Defendants, James Lee and Liquid Transport, LLC, have not been served. However, upon service, they will be represented by undersigned counsel, and they will have no objection to this removal.

---

[5] *See* Citizenship Information regarding Great West, attached hereto as Exhibit 2.
[6] *See* Plaintiff's Petition for Damages, Paragraph 7, attached hereto as Exhibit 1.
[7] *See* Email dated October 27, 2013, attached hereto, *in globo*, as Exhibit 3.

10.

Pursuant to the provisions of 28 U.S.C. § 1441, *et seq.,* this case has been removed to United States District Court for the Middle District of Louisiana.

11.

Defendant files herewith copies of all process, pleadings and orders served upon it. Service of process of Plaintiff's Petition was effected on Defendant on October 22, 2013. Less than thirty days have elapsed since service on Defendant. Therefore, the filing of this Removal is timely.

12.

Simultaneous with the filing of this Complaint, written notice of removal is being given to all adverse parties and a copy of this Complaint and a Notice of Removal will be filed with the Clerk of Court for the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, to effect a removal of this civil action to this Honorable Court, as provided by law.

**WHEREFORE,** Defendant, Great West Casualty Company, prays that this Complaint for Removal be accepted as good and sufficient, that the aforesaid civil action be removed from the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, to this Honorable Court for trial and determination as provided by law, and that this Court enters such Orders and issues such process as may be proper to bring before it copies of all records and proceedings of such civil action from the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, and thereupon proceed with this civil action as if it had been originally commenced in this Court.

Respectfully submitted:

**CHOPIN, WAGAR, RICHARD & KUTCHER, L.L.P.**

_____

**BRADLEY J. LUMINAIS, JR. (#28663)**
**BRITTANY M. COURTENAY (# 31846)**
Two Lakeway Center
3850 N. Causeway Boulevard, Suite 900
Metairie, Louisiana 70002
Phone: 504-830-3838
***Attorneys for Defendant, Great West Casualty Company***

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 30th day of October, 2013, served a copy of the foregoing pleading on counsel for all parties to this proceeding via facsimile.

_____
**BRADLEY J. LUMINAIS, JR.**

5