

# Scott T. Gegenheimer
### Attorney at Law

201 Napoleon St. • Baton Rouge, Louisiana 70802
Phone: (225) 346-8722 • Fax: (225) 346-8843
scott@scottgeglaw.com
scottgegenheimer.com

October 1, 2013

Clerk of Court
19th Judicial District Court
Post Office Box 1991
Baton Rouge, LA 70821

RE: Veronica Bennett vs. Great West Casualty Company, et al

Dear Sir or Madam:

Please find enclosed:

- X  Petition for Damages (with 4 copies)
- __ Answer
- __ Motion and Order
- X  Request for Notice
- X  Discovery Requests
- __ Other:

**RECEIVED**

OCT − 4 2013

DEPUTY CLERK OF COURT

Please do the following:

- X  File the enclosed into the record of this lawsuit.
- X  Notify when service is made.
- X  Return a conformed copy of the pleading (a stamped, self-addressed envelope is attached).
- __ Other:

Enclosed is our firm check in the amount of $655.00 for the filing fees in this matter.

Thanking you in advance for your cooperation in this matter, I remain

Very truly yours,

SCOTT T. GEGENHEIMER

STG:sc
Enclosures
cc: Ms. Veronica Bennett

REC'D C.P.
OCT 0 8 2013

---

Certified True and Correct Copy
eCertID: 000109865

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
10/23/2013 11:57 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

COST OK $ 455.00
17839
OCT 0 - 2013
625141 DEPUTY CLERK OF COURT

| | | |
|---|---|---|
| VERONICA BENNETT | NUMBER | DIV. " " |
| | 19th JUDICIAL DISTRICT COURT | |
| VERSUS | | |
| | PARISH OF EAST BATON ROUGE | |
| GREAT WEST CASUALTY COMPANY, LIQUID TRANSPORT, LLC AND JAMES LEE | STATE OF LOUISIANA | |

SEC. 25

### PETITION FOR DAMAGES

The petition of VERONICA BENNETT, a resident of the full age of majority of the Parish of East Feliciana, State of Louisiana with respect represents:

1.

Made defendants herein are:

A. **GREAT WEST CASUALTY COMPANY**, on information and belief, a foreign insurer authorized to do and doing business in the State of Louisiana;

B. **LIQUID TRANSPORT, LLC**, on information and belief, a foreign corporation authorized to do and doing business in the State of Louisiana; and

C. **JAMES LEE**, on information and belief, a resident of the full age of majority of El Dorado, Arkansas.

2.

On or about October 17, 2012, plaintiff, Veronica Bennett, was a guest passenger in a vehicle being driven by Terron White and owned by Dixie Correctional Institute, southbound on Highway 61, in the Parish of East Baton Rouge, State of Louisiana.

3.

At the same time, the defendant, James Lee, was driving a commercial 18-wheeler truck/trailer insured by defendant, Great West Casualty Company, southbound on Highway 61, Parish of East Baton Rouge, State of Louisiana, when suddenly and without warning he struck plaintiff's vehicle in the rear, causing plaintiff personal injuries.


Certified True and Correct Copy
eCertID: 000109866


Doug Welborn
East Baton Rouge Parish
Clerk of Court

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).


EBR CDC P.
Generated Date:
10/23/2013 11:58 AM

4.

The accident was caused by the sole negligence of the defendant, James Lee, in that defendant was:

a. Inattentive or distracted;

b. Failed to see what should have been seen;

c. Struck plaintiff's vehicle in the rear;

d. Was traveling at an excessive rate of speed under the circumstances; and

e. Other acts of negligence to be proved at the trial of this matter.

5.

At all times pertinent hereto the defendant, Great West Casualty Company, had in force and effect one or more policies of liability insurance insuring the defendant against the acts alleged in plaintiff's petition, rendering them liable, in solido, to plaintiff for all damages she has sustained.

6.

On information and belief the defendant, James Lee, was in the course and scope of employment with Liquid Transport, LLC, thereby rendering defendant, Liquid Transport, LLC, liable for the acts of its employee.

7.

Plaintiff, Veronica Bennett, itemizes her damages as follows and sues for amounts as are reasonable in the premises:

a. Medical expenses past, present and future;

b. Mental anguish past, present and future;

c. Pain and suffering past, present and future;

d. Loss of enjoyment of life;

e. Lost wages and loss of earning capacity past, present and future;

f. Property damage; cell phone

g. Travel expenses; and

h. Miscellaneous expenses.

2

Certified True and Correct Copy
eCertID: 000109866

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
10/23/2013 11:58 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

WHEREFORE, plaintiff, Veronica Bennett, prays for Judgment against Great West Casualty Company, Liquid Transport, LLC and James Lee, in solido, for all damages as are just in the premises, plus legal interest from date of Judicial Demand until paid, plus all costs of these proceedings and all general and equitable relief.



Respectfully submitted,

SCOTT T. GEGENHEIMER
LA Bar Roll Number 17592
201 Napoleon Street
Baton Rouge, LA 70802
(225) 346-8722 – Telephone
(225) 346-8843 – Facsimile

**PLEASE SERVE:**

**Great West Casualty Company**
Through Its Agent for Service of Process
Louisiana Secretary of State
Tom Schedler
8549 United Plaza Blvd.
Baton Rouge, LA 70809

**Liquid Transport, LLC**
Through Its Agent for Service of Process
CT Corporation System
Baton Rouge, LA 70808

**James Lee**
Via Long Arm Statute
155 Lee Lane
El Dorado, Arkansas 71730

CIVIL
- [x] 01-DAMAGES
- [ ] 02-CONTRACT
- [ ] 03-PRISONER SUIT
- [ ] 04-EXECUTORY PROCESS
- [ ] 05-SUIT ON NOTES
- [ ] 06-EVICTION
- [ ] 07-WORKMEN'S COMPENSATION
- [ ] 08-JUDICIAL REVIEW
- [ ] 09-PROPERTY RIGHTS
- [ ] 10-...
- [ ] 11-COMM. PROP. PARTITIONS
- [ ] 12-PUBLIC SERV. COMM.
- [ ] 13-OTHER PARTITIONS
- [ ] 14-OTHER
- [ ] 15-D.E.Q.
- [ ] 16-
- [ ] 17-
- [ ] 18-
- [ ] 19-
- [ ] 20-

3

Certified True and Correct Copy
eCertID: 000109866

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
10/23/2013 11:58 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

VERONICA BENNETT                                   NUMBER         DIV. "    "

VERSUS                                             19th JUDICIAL DISTRICT COURT

GREAT WEST CASUALTY COMPANY,                       PARISH OF EAST BATON ROUGE
LIQUID TRANSPORT, LLC AND
JAMES LEE                                          STATE OF LOUISIANA

### REQUEST FOR NOTICE

In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil Procedure, you are hereby requested to give us, as counsel of record for the plaintiff, Veronica Bennett, in the above entitled and numbered cause, written notice by mail, ten (10) days in advance of any date fixed for trial or hearing of this cause, whether on exceptions, rules or the merits thereof.

And, in accordance with the provision of Articles 1913 and 1914 of the Louisiana Code of Civil Procedure, you are hereby also requested to send to us immediate notice of any order or judgment made or rendered in this case upon the entry of any such order or judgment.

Respectfully Submitted:

SCOTT T. GEGENHEIMER
LA Bar Roll Number 17592
201 Napoleon Street
Baton Rouge, LA 70802
(225) 346-8722 - Telephone
(225) 346-8843 - Facsimile

FILED
EAST BATON ROUGE PARISH, LA
2013 OCT -7 AM 8:35
DEPUTY CLERK OF COURT

EBR2053308

Certified True and
Correct Copy
eCertID: 000109867

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
10/23/2013 11:58 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

VERONICA BENNETT          NUMBER        DIV. "  "

19th JUDICIAL DISTRICT COURT

VERSUS

PARISH OF EAST BATON ROUGE

GREAT WEST CASUALTY COMPANY,
LIQUID TRANSPORT, LLC AND
JAMES LEE                      STATE OF LOUISIANA

<u>**INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO DEFENDANTS, GREAT WEST CASUALTY COMPANY, LIQUID TRANSPORT, LLC. AND JAMES LEE**</u>

TO: <u>**GREAT WEST CASUALTY COMPANY, LIQUID TRANSPORT, LLC AND JAMES LEE**</u>

NOW INTO COURT, through undersigned counsel, comes plaintiff, VERONICA BENNETT, who propounds to defendants, GREAT WEST CASUALTY COMPANY, LIQUID TRANSPORT, LLC. AND JAMES LEE the following Interrogatories to be answered categorically, under oath, in writing, within fifteen (15) days as prescribed by law.

### INSTRUCTIONS AND DEFINITIONS

If you object to any interrogatory or part thereof on the claim of attorney/client privilege or work product immunity, please identify the privileges or immunity claimed, as well as each statement, communication or document for which such privilege or immunity is claimed, in sufficient detail so that it can be obtained from you by a motion for production or subpoena.

"You" and "your" shall refer to defendants, GREAT WEST CASUALTY COMPANY, LIQUID TRANSPORT, LLC AND JAMES LEE, and all persons acting on behalf of said defendants, including, but not limited to, defendants' attorneys, investigators, employees, experts, consultants and informants.

The term "document" shall mean the original and all non-identical copies (whether different from the original because of additional notations or otherwise), of all written, printed, typed, recorded, graphic matter, however produced or reproduced, in your actual or constructive possession, custody or control, including, without limitation, all files, writings, drawings, graphs, charts, photographs, photographic records, sound production tapes, correspondence, memoranda, notes, diaries, papers, letters, telegraphs, reports, pamphlets, application, exhibits, photocopies or any other tangible things which constitute or contain matter within the scope of discovery under the Louisiana Code of Civil Procedure.

The term "relating to" means any documents or communication that constitutes, contains, embodies, comprises, reflects,

Certified True and Correct Copy
eCertID: 000109868

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
10/23/2013 11:58 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

identifies, states, refers to, deals with, comments on, responds to, describes, analyzes, or is in any way pertinent to that subject, including, without limitation, documents concerning the existence of or preservation of other documents.

The terms "identify" and "describe":
a) when used in reference to an individual, shall mean to state his/her full name, present or last known residence, and employer and business address;
b) when used in reference to a document, shall mean to state the type of document, date, author, addressee, title, present location, name and address of its custodian, and the substance of the contents thereof. In lieu of identifying any documents, copies thereof may be furnished;
c) when used in reference to any act, occurrence, occasion, meeting, transaction, or conduct, shall mean to set forth the event or events constituting each such act, the reason for such act, its location, the date and persons participating, present or involved, and the documents relating or referring in any way thereto;
d) when used in reference to any discussion, conversation, communication or statement, shall mean in addition to the foregoing to set forth the substance of discussion.

"This incident" is defined to describe the automobile accident of October 17, 2012, which is the basis for this lawsuit.

### DISCOVERY REQUEST NO. 1 - INTERROGATORY:

Please state your full name, date of birth, place of birth, and residence address.

### DISCOVERY REQUEST NO. 2 - INTERROGATORY:

Was the vehicle in which you were driving at the time of this accident damaged in any way? If so, please describe:

A. The damage to the vehicle you were driving and the repairs that were made;
B. Who made the repairs; and
C. The cost of the repairs.

### DISCOVERY REQUEST NO. 3 - INTERROGATORY:

State whether the truck/trailer was transporting a load of cargo at the time of the accident. If so, describe the load and state the total weight of the trailer and cargo at the time of this accident.


Certified True and Correct Copy
eCertID: 000109868

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
10/23/2013 11:58 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**DISCOVERY REQUEST NO. 4 - INTERROGATORY:**

State whether the truck/trailer rig involved in this accident was equipped with or subject to any type of on-board computer or on-board recording device, satellite tracking system, or any device which records or tracks the vehicle's movements, speed, acceleration, braking, operation, etc. including GPS and other tracking technology. If so, state:

A.  The type of device; and
B.  What information was recorded and for what period of time.

**DISCOVERY REQUEST NO. 5 - REQUEST FOR PRODUCTION:**

You are requested to produce records for any device previously identified for the 15 minutes before and after this accident.

**DISCOVERY REQUEST NO. 6 - INTERROGATORY:**

Please describe the accident in complete chronological detail giving full details including date, time, place and how the accident occurred. Additionally, please state what caused the accident sued on and with regards thereto, please state:

A.  All facts upon which you base your assertion;
B.  What evidence, testimonial, documentary or otherwise that you or your attorney or other representative of you have or have knowledge of which supports your assertion of the facts listed in answers to subpart A; and
C.  What evidence, testimonial, documentary or otherwise that you or your attorney or other representative of yours have knowledge of which contradicts your assertions.

**DISCOVERY REQUEST NO. 7 - INTERROGATORY:**

Please state whether defendants have knowledge of any witnesses to the accident and/or any witnesses who may have knowledge of any facts surrounding this accident, including experts. If so, please identify all witnesses and describe the information known by each witness.



Certified True and Correct Copy
eCertID: 000109868

Doug Welborn
East Baton Rouge Parish Clerk of Court

Generated Date:
10/23/2013 11:58 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**DISCOVERY REQUEST NO. 8 - INTERROGATORY:**

Were any statements, written or otherwise, obtained from anyone interviewed or questioned on behalf of the defendant in connection with the accident and injuries sued on herein? If so, please identify the person taking the statement, the person giving the statement and describe the information known by each witness.

**DISCOVERY REQUEST NO. 9 - INTERROGATORY:**

For each witness you may call at the trial of this matter, please state:

    a.    Name, address and telephone number;

    b.    Subject matter of testimony; and

    c.    Anticipated content of their testimony.

**DISCOVERY REQUEST NO. 10 - INTERROGATORY:**

In the 24 hour period preceding the incident sued upon, did defendant take or use any type of alcohol, medication, or drugs? If so, describe alcohol, medication, or drugs and state the specific quantity and times of each consumption.

**DISCOVERY REQUEST NO. 11 - INTERROGATORY:**

Do you have any photographs or videos of the site of the accident, the vehicles involved or any other photographs which show or demonstrate the accident, injuries or property damage, and if so, please state the date and time said photographs were taken, the name and address of the photographer, and the name and address of the person who has possession and custody of said photographs at this time.

**DISCOVERY REQUEST NO. 12 - REQUEST FOR PRODUCTION:**

You are requested to produce copies of all photographs, videos, or surveillance identified and/or described and/or in any way relating to your Answers to Interrogatories.

**DISCOVERY REQUEST NO. 13 - INTERROGATORY:**

If, at the time of the accident herein, there were any



Certified True and Correct Copy
eCertID: 000109868
Doug Welborn
East Baton Rouge Parish Clerk of Court
Generated Date:
10/23/2013 11:58 AM
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

policies of liability, excess or umbrella insurance insuring liability for the type of risk sued on herein identify the insurer and state the limits of liability for each type of coverage.

**DISCOVERY REQUEST NO. 14 - REQUEST FOR PRODUCTION:**

You are requested to produce a certified copy of each insurance policy which insures liability for the type of risk sued on herein, including the declarations page.

**DISCOVERY REQUEST NO. 15 - REQUEST FOR PRODUCTION:**

Do you contend that the accident and/or damages were caused by the fault of a person on entity not a party to this litigation? If so, for each, identify the person or entity and describe each fact which forms the basis for their fault or negligence; identify each person who has knowledge of the facts which form the basis for this assertion; and describe each piece of evidence which defendant may introduce on this issue.

**DISCOVERY REQUEST NO. 16 - INTERROGATORY:**

At the time of this incident please identify James Lee's employer, state whether the defendant was in the course and scope of his employment, and identify all witnesses who will testify whether the defendant was or was not in the course and scope of his employment.

**DISCOVERY REQUEST NO. 17 - REQUEST FOR PRODUCTION:**

You are requested to produce a copy of the personnel file and driver's qualification file of the defendant, James Lee.

**DISCOVERY REQUEST NO. 18 - INTERROGATORY:**.

Please state whether defendant has been cited, arrested or convicted of any criminal offense, including traffic offenses, within the last ten years and if so, describe the date, offense, the jurisdiction and the disposition.

**DISCOVERY REQUEST NO. 19 - INTERROGATORY:**

As to each motor vehicle accident James Lee has been involved in and each traffic violation for which he either paid a fine or

Certified True and Correct Copy
eCertID: 000109868

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
10/23/2013 11:58 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

attended a school in lieu of a fine for the last three years, give the following information:

    A.    Where it occurred (State, City, County, Court);

    B.    When it occurred (Month, Day, Year); and

    C.    Final disposition or current status of each traffic violation and accident.

These Discovery Requests are to be deemed continuing so as to require supplemental answers, under oath, in writing, from defendant(s) at any time that additional information may be obtained after responses are filed to these Discovery Requests, which would be furnished if the Discovery Requests should be continuously repeated.

                              Respectfully submitted,

                              SCOTT T. GEGENHEIMER
                              LA Bar Roll Number 17592
                              201 Napoleon Street
                              Baton Rouge, LA 70802
                              (225) 346-8722 - Telephone
                              (225) 346-8843 - Fax

**PLEASE SERVE WITH PETITION FOR DAMAGES**



EAST BATON ROUGE PARISH, LA
FILED
2013 OCT -7 AM 8:35
DEPUTY CLERK OF COURT

Certified True and Correct Copy
eCertID: 000109868

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
10/23/2013 11:58 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

# CITATION
(Long Arm LSA R.S. 13:3201 et seq.)

| | |
|---|---|
| **VERONICA BENNETT**<br>(Plaintiff) | NUMBER C625141 SECTION 25 |
| vs. | 19th JUDICIAL DISTRICT COURT |
| | PARISH OF EAST BATON ROUGE |
| **GREAT WEST CASUALTY COMPANY, ET AL**<br>(Defendant) | STATE OF LOUISIANA |

** VIA LOUISIANA LONG ARM STATUTE LSA R.S. 13:3201 ET SEQ **

TO: *JAMES LEE*

GREETINGS:

YOU HAVE BEEN SUED.

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks in accordance with LSA R.S. 13:3201 et seq. OR, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish, on **16-OCT-2013**.



*Catherine D. Brandon*
*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: SCOTT T GEGENHEIMER**

*Also attached are the following documents:
**PETITION FOR DAMAGES, REQUEST FOR NOTICE, INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS**

CITATION-LONG ARM- 2412


EBR2015994

East Baton Rouge Parish Clerk of Court - C625141 CIT/SEC OF STATE                               Page 1 of 1
2424-13-006913

# CITATION

VERONICA BENNETT  
(Plaintiff)

NUMBER C625141 SECTION 25

19th JUDICIAL DISTRICT COURT

vs.

PARISH OF EAST BATON ROUGE

GREAT WEST CASUALTY COMPANY, ET AL  
(Defendant)

STATE OF LOUISIANA

TO: GREAT WEST CASUALTY COMPANY  
THROUGH ITS AGENT FOR SERVICE OF PROCESS  
SECRETARY OF STATE

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **16-OCT-2013**.

*Catherine D. Brandon*  
Deputy Clerk of Court for  
**Doug Welborn, Clerk of Court**

**Requesting Attorney: SCOTT T GEGENHEIMER**

Also attached are the following documents:  
**PETITION FOR DAMAGES, REQUEST FOR NOTICE,  
INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS**

---

**SERVICE INFORMATION:**

Received on the ____ day of _____, 20____ and on the _____ day of _____, 20____, served on the above named party as follows:

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.

SERVICE:    $ _____  
MILEAGE:   $ _____         _____  
TOTAL:      $ _____              Deputy Sheriff  
                                  Parish of East Baton Rouge

CITATION – 2424



Certified True and Correct Copy  
EBR209   Doug Welborn  
eCertID: 000109869   East Baton Rouge Parish  
                      Clerk of Court

Generated Date:  
10/23/2013 11:59 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

East Baton Rouge Parish Clerk of Court - C625141 CIT/C.T. CORP                                    Page 1 of 1

2425-13-001972

# CITATION

VERONICA BENNETT  
(Plaintiff)

vs.

GREAT WEST CASUALTY COMPANY, ET AL  
(Defendant)

NUMBER C625141 SECTION 25

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO: LIQUID TRANSPORT, LLC  
THROUGH ITS AGENT FOR SERVICE OF PROCESS  
CT CORPORATION SYSTEM

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **16-OCT-2013**.

_Catherine O. Brandon_  
Deputy Clerk of Court for  
**Doug Welborn, Clerk of Court**

Requesting Attorney: SCOTT T GEGENHEIMER

Also attached are the following documents:  
PETITION FOR DAMAGES, REQUEST FOR NOTICE, INTERROGATORIES AN  
AND REQUEST FOR PRODUCTION OF DOCUMENTS

---

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____, served on the above named party as follows:

**CT CORPORATION SYSTEMS:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.

SERVICE:   $_____  
MILEAGE:   $_____             _____  
TOTAL:     $_____                    Deputy Sheriff

CITATION - 2425

Certified True and Correct Copy  
eCertID: 000109870  
EBR2001  
Doug Welborn  
East Baton Rouge Parish  
Clerk of Court

Generated Date:  
10/23/2013 11:59 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

# East Baton Rouge Parish Clerk of Court
# Docket Report Results

## Report Selection Criteria
Case ID:             C625141
Docket Start Date:
Docket Ending Date:

## Case Description
Case ID:    C625141 - VERONICA BENNETT VS GREAT WEST CASUALTY CO ETAL - *NON JURY-*
Filing Date: Monday, October 07, 2013
Type:       TI - Tort Injury
Status      7648 - REQUEST FOR NOTICE

## Charges
No charges were found.

## Related Cases
No related cases were found.

## Case Event Schedule
No case events where found.

## Case Parties

| Seq # | Assoc | End Date | Type | ID | Name | Race | Sex | Birth Date |
|---|---|---|---|---|---|---|---|---|
| 1 | 4 | | Plaintiff | @892907 | BENNETT, VERONICA | | | |
| Address: | THRU SCOTT T GEGENHEIMER ATY 201 NAPOLEON ST BATON ROUGE LA 70802 | | | | Aliases: none | | | |
| 2 | | | Defendant | @892908 | GREAT WEST CASUALTY COMPANY | | | |
| Address: | THRU LA SECRETARY OF STATE 8549 UNITED PLAZA BLVD BATON ROUGE LA 70809 | | | | Aliases: none | | | |
| 3 | | | Judge | WEF | FIELDS, HON WILSON E | | | |
| Address: | 19TH JUDICIAL DISTRICT COURT 300 NORTH BLVD, RM 7A BATON ROUGE LA 70802 (225)389-8741 | | | | Aliases: none | | | |
| 4 | | | Attorney | BR17592 | GEGENHEIMER, SCOTT T | | | |
| Address: | ATTORNEY AT LAW 201 NAPOLEON ST BATON ROUGE LA 70802 (225)346-8722 | | | | Aliases: none | | | |
| 5 | | | Defendant | @892909 | LIQUID TRANSPORT LLC | | | |
| Address: | THRU CT CORPORATION SYSTEM 5615 CORPORATE BLVD STE 400B BATON ROUGE LA 70808 | | | | Aliases: none | | | |
| 6 | | | Defendant | @892911 | LEE, JAMES | | | |
| Address: | 155 LEE LN EL DORADO AR 71730 | | | | Aliases: none | | | |
| 7 | | | Intervenor | @898579 | STATE OF LOUISIANA ETC | | | |

| Address: | THRU RICHARD R RAY ATY<br>POST OFFICE BOX 94005<br>BATON ROUGE LA 70804-9005<br>(225)326-6420 | | | Aliases: | none |

| 8 | 7 | | Attorney | BR28411 | RAY, RICHARD R | | |
|---|---|---|---|---|---|---|---|
| Address: | LAW OFFICE OF RICHARD R RAY<br>744 CAMELIA AVE<br>BATON ROUGE LA 70806<br>(225)936-9487 | | | | Aliases: | none | |

**Docket Entries**

| Filing Date | Description | Name | Party Association |
|---|---|---|---|
| 07-Oct-2013 08:05 AM | LETTER FROM ATTORNEY | GEGENHEIMER, SCOTT T | BENNETT, VERONICA |
| Entry: | none | | |
| Image: | Image Available - | Microfilm #: | SR 10/16 |
| 07-Oct-2013 08:05 AM | PET/TORT INJURY | GEGENHEIMER, SCOTT T | BENNETT, VERONICA |
| Entry: | none | | |
| Image: | Image Available - | Microfilm #: | SR 10/16 |
| 07-Oct-2013 08:06 AM | REQUEST FOR NOTICE | GEGENHEIMER, SCOTT T | BENNETT, VERONICA |
| Entry: | none | | |
| Image: | Image Available - | Microfilm #: | SR 10/16 |
| 07-Oct-2013 08:06 AM | INTERR/REQUEST FOR PRODUCTION | GEGENHEIMER, SCOTT T | BENNETT, VERONICA |
| Entry: | none | | |
| Image: | Image Available - | Microfilm #: | SR 10/16 |
| 16-Oct-2013 08:25 AM | CIT/LONG ARM | GEGENHEIMER, SCOTT T | BENNETT, VERONICA |
| Entry: | none | | |
| Image: | Image Available - | Microfilm #: | |
| 16-Oct-2013 08:27 AM | CIT/SEC OF STATE | GEGENHEIMER, SCOTT T | BENNETT, VERONICA |
| Entry: | none | | |
| Image: | Image Available - | Microfilm #: | |
| 16-Oct-2013 08:31 AM | CIT/C.T. CORP | GEGENHEIMER, SCOTT T | BENNETT, VERONICA |
| Entry: | none | | |
| Image: | Image Available - | Microfilm #: | |
| 17-Oct-2013 01:45 PM | MAN CK/SEC OF STATE | GEGENHEIMER, SCOTT T | BENNETT, VERONICA |
| Entry: | none | | |
| Image: | | Microfilm #: | |
| 22-Oct-2013 10:21 AM | MAIL RETURNED NOT DELIVERED | GEGENHEIMER, SCOTT T | BENNETT, VERONICA |
| Entry: | none | | |
| Image: | | Microfilm #: | S/R 10/22 |
| 22-Oct-2013 12:20 PM | LETTER FROM ATTORNEY | RAY, RICHARD R | STATE OF LOUISIANA ETC |
| Entry: | none | | |

| Image: | | Microfilm #: | CP 10/23 |
|---|---|---|---|
| 22-Oct-2013 12:20 PM | MOTION FOR LEAVE | RAY, RICHARD R | STATE OF LOUISIANA ETC |
| Entry: | none | | |
| Image: | | Microfilm #: | CP/JDG 10/23 |
| 22-Oct-2013 12:20 PM | PET/INTERVENTION | RAY, RICHARD R | STATE OF LOUISIANA ETC |
| Entry: | none | | |
| Image: | | Microfilm #: | CP 10/23 |
| 22-Oct-2013 12:20 PM | REQUEST FOR NOTICE | RAY, RICHARD R | STATE OF LOUISIANA ETC |
| Entry: | none | | |
| Image: | | Microfilm #: | CP 10/23 |

*- record searched on 10/23/2013 11:54:42 AM for user "Public User" -*

▸Search Home          ▸New Search          ▸Report Selection       ▸Case Description
▸Related Cases        ▸Event Schedule      ▸Case Parties           ▸Docket Entries

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VERONICA BENNETT | * | CIVIL ACTION |
| | * | |
| | * | NUMBER: |
| VERSUS | * | |
| | * | |
| GREAT WEST CASUALTY | * | SECTION "   " (   ) |
| COMPANY, LIQUID TRANSPORT, | * | |
| LLC, AND JAMES LEE | * | MAGISTRATE |
| * * * * * * * * * * * * | | |

### NOTICE OF COMPLIANCE WITH REMOVAL ORDER

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Great West Casualty Company, who certifies it has filed with the Clerk of this Court, a list of all attorneys of record known to Defendant involved in this case and parties they represent, a copy of the record and proceedings occurring in the state court action prior to removal, arranged in order of the filing date, which includes a list of all documents included in the state court record arranged by order of the filing date, and counsel hereby certifies that this is the entire state record to the best of his information and belief.

1

Respectfully submitted:

**CHOPIN, WAGAR, RICHARD & KUTCHER, L.L.P.**

_____
BRADLEY J. LUMINAIS, JR. (#28663)
BRITTANY M. COURTENAY (# 31846)
Two Lakeway Center
3850 N. Causeway Boulevard, Suite 900
Metairie, Louisiana 70002
Phone: 504-830-3838
*Attorneys for Defendant, Great West Casualty Company*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 29th day of October, 2013, served a copy of the foregoing pleading on counsel for all parties to this proceeding via facsimile.

_____
BRADLEY J. LUMINAIS, JR.

2