UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VERONICA BENNETT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-710-SDD-RLB** |
| **GREAT WEST CASUALTY COMPANY, ET AL** | |

AND

| | |
|---|---|
| **TERRON and GLORIA WHITE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-714-BAJ-RLB** |
| **JAMES LEE, ET AL** | |

## PLAINTIFFS' FIRST AMENDED COMPLAINT

The First Amended Complaint of TERRON and GLORIA WHITE, persons of the full age of majority, domiciled in the Parish of West Feliciana, State of Louisiana, respectfully represents:

1.

Made Defendants herein is:

A. **JAMES LEE**, a person of the full age of majority domiciled in El Dorado, Union County, Arkansas;

B. **LIQUID TRANSPORT, LLC**, a limited liability company with one member, Ronald Dana, a resident of, domiciled in and a citizen of Puerto Rico;

C. **DANA TRANSPORT, LLC**, a limited liability company with one member, Ronald Dana, a resident of, domiciled in and a citizen of Puerto Rico;

D. **GREAT WEST CASUALTY COMPANY**, a foreign insurance company organized and existing under the laws of the state of Nebraska with its principal office located at 1100 West 29th Street, South Sioux City, Nebraska 68776;

1

E. **SUTTLES TRUCK LEASING, INC.**, a corporation organized and existing under the laws of the state of Alabama with its principal office located at 2460 Highway 43 South, Demopolis, Alabama 36732;

F. **SUTTLES TRUCK LEASING, LLC**, a limited liability company with one member, Ronald Dana, a resident of, domiciled in and a citizen of Puerto Rico;

G. **DANA TRANSPORT, INC.**, a corporation organized and existing under the laws of the state of New Jersey with its principal office located at 902 Sens Road, La Porte, Texas 77571.

H. **AXIS SURPLUS INSURANCE COMPANY**, a foreign insurance company organized and existing under the laws of the state of Illinois with its principal office located at 303 West Madison, Suite 500, Chicago, Illinois 60606;

I. **AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY**, a foreign insurance company organized and existing under the laws of the state of New York with its principal office located at One Liberty Plaza, 165 Broadway, 32nd Floor, New York, New York 10006.

2.

Defendants, James Lee, Liquid Transport, LLC, Dana Transport, LLC, Dana Transport, Inc., Suttles Truck Leasing, Inc., Suttles Truck Leasing, LLC, Great West Casualty Company, Axis Surplus Insurance Company, and American Guarantee and Liability Insurance Company are justly and truly indebted in solido to the plaintiffs for reasonable damages in the premises, with legal interest thereon from the date of judicial demand until paid and for all costs for the following, to-wit:

3.

On or about October 17, 2012, Terron White was injured while traveling south on US Highway 61 in East Baton Rouge Parish, Louisiana when the defendant, James Lee, violently

and without warning drove his 18-wheeler tractor/trailer truck into the rear portion of the petitioner's vehicle causing damages and injuries.

4.

James Lee, Liquid Transport, LLC, Dana Transport, LLC, Dana Transport, Inc., Suttles Truck Leasing, Inc. and Suttles Truck Leasing, LLC are liable unto Petitioner, Terron White, for their own negligence under La Civil Code Ann art 2315 and both are strictly liable for things under their care, custody and control, to-wit, the automobile owned by Liquid Transport, LLC, Dana Transport, LLC, Dana Transport, Inc., Suttles Truck Leasing, Inc. and/or Suttles Truck Leasing, LLC and driven by James Lee under La Civil Code Ann art 2317.

5.

The acts of fault, gross and wanton negligence, and lack of skill of defendant, James Lee, which were the proximate cause of the collision and the resulting injuries to petitioner, were as follows:

   a. Failing to keep a proper lookout;

   b. Failing to have his automobile under control so as to keep it from striking the petitioner's vehicle;

   c. Failing to steer his automobile properly so as to avoid striking petitioner's vehicle;

   d. Failing to apply the brakes properly on his automobile so as to bring it to a stop before colliding with petitioner's vehicle;

   e. Failing to maintain and inspect his vehicle, and operating a vehicle which he knew or should have known was unsafe and dangerous;

3

    f.    Such other acts and omissions as will be shown at the trial, all of which were in contravention of the exercise of due care, prudence, and the laws of the State of Louisiana and the Parish of East Baton Rouge.

6.

Liquid Transport, LLC, Dana Transport, LLC, Dana Transport, Inc., Suttles Truck Leasing, Inc. and/or Suttles Truck Leasing, LLC, owner of the automobile driven by James Lee, committed the following acts of fault and gross and wanton negligence which were the proximate cause of the collision and the Petitioner's injuries:

    a.    Permitting the reckless and negligent operation of its vehicle by defendant, James Lee;

    b.    Permitting its vehicle to be operated by an incapable and unskilled operator;

    c.    Failing to keep due and proper lookout over the vehicle;

    d.    Alternatively, failing to follow procedures for maintenance and service of the vehicle;

    e.    As principal, responsible for the acts of the defendant driver, James Lee, to the extent that he was on a mission for the defendant owner;

    f.    Such further and other acts and omissions as will be proved at the trial.

7.

Petitioner alleges that at the time of the accident, James Lee was in the course and scope of his employment with the defendants, Liquid Transport, LLC, Dana Transport, LLC, Dana Transport, Inc., Suttles Truck Leasing, Inc. and/or Suttles Truck Leasing, LLC, in furtherance of the defendants' business interests thus making the defendants liable and responsible under the doctrine of respondeat superior.

8.

Petitioner further alleges that, on information and belief, defendants, Great West Casualty Company, Axis Surplus Insurance Company, and American Guarantee and Liability Insurance Company, issued a policy of liability, uninsured/underinsured, and/or excess insurance to defendants, James Lee, Liquid Transport, LLC, Dana Transport, LLC, Dana Transport, Inc., Suttles Truck Leasing, Inc. and Suttles Truck Leasing, LLC, which policy covered such acts of negligence and said policy was in full force and effect on the date and at the time of the accident herein sued upon.

9.

Petitioner further alleges on information and belief that under the terms of said policy, Great West Casualty Company, Axis Surplus Insurance Company, and American Guarantee and Liability Insurance Company, obligated itself to pay any and all damages caused to Petitioner as a result of the negligence of James Lee, Liquid Transport, LLC, Dana Transport, LLC, Dana Transport, Inc., Suttles Truck Leasing, Inc. and Suttles Truck Leasing, LLC, herein described.

10.

As a result of the collision, petitioner sustained severe injuries.  Petitioner sought medical treatment for the injuries and sustained various medical bills incidental thereto. Petitioner contends that he is still suffering from the injuries received in this accident and may have sustained permanent injury.  Petitioner further contends that the defendants are indebted unto him for reasonable damages in the premises in connection with the injuries and past and future medical expenses.

11.

Petitioner alleges the following general and specific damages for which he is entitled to recover in an amount calculated to adequately compensate him for the injuries and damages he sustained:

a. Past, present and future medical expenses;

b. Past, present and future physical pain and suffering and loss of function;

c. Past, present and future mental anguish and emotional distress;

d. Lost wages and diminished earning capacity;

e. Loss of enjoyment of life;

f. Permanent partial disability.

12.

As a result of Terron White's injuries, his wife, Gloria White, suffered a loss of love and affection, society and companionship, impairment of sexual relations, loss of performance of material services, loss of financial support, loss of aid and assistance and loss of fidelity from her husband and is therefore entitled to an award loss of consortium damages.

13.

Petitioner desires to have this Honorable Court fix the fees of each and every expert witness which petitioner may be required to use to establish his cause of action and to tax same as cost of court.

14.

Petitioner prays that the defendants, James Lee, Liquid Transport, LLC, Dana Transport, LLC, Dana Transport, Inc., Suttles Truck Leasing, Inc., Suttles Truck Leasing, LLC, Great West Casualty Company, Axis Surplus Insurance Company, and American Guarantee and Liability Insurance Company, be duly cited to appear and answer this complaint in the manner prescribed

by law and as the law directs; that after all legal delays and due proceedings had, there be judgment herein in favor of the Petitioner and against the defendants, jointly and in solido, for reasonable damages in the premises, together with legal interest thereon from date of judicial demand until finally paid, and for all costs of court and any other and further legal and equitable relief as the Court deems necessary and proper.

                                              Respectfully Submitted:

/s/ Andrea V. Morrison
Andrea V. Morrison, LSBA #32907
13867 Highway 10
St. Francisville, LA 70775
(225) 571-4763
avlaw2000@gmail.com

Murphy F. Bell, Jr., LSBA #24960
660 N. Foster Drive, Suite A214
Baton Rouge, LA 70806
(225) 235-4659
murphybell@aol.com

Shawn D. Vance, LSBA #24682
660 N. Foster Drive, Suite A214
Baton Rouge, LA 70806
(225) 938-6155
svance@sulc.edu

Attorneys for Plaintiffs

## Certificate of Service

I hereby certify that a copy of the above and foregoing First Amended Complaint was filed electronically with the Clerk of Court using the CM/EFC system. Notice of this filing has been sent by electronic mail and will also be sent to all counsel of record by operation of the court's electronic filing system this 17th day of October, 2014.

/s/ Andrea V. Morrison
Andrea V. Morrison, LSBA #32907