**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **VERONICA BENNETT** | |
| | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO. 13-710-JWD-RLB** |
| **GREAT WEST CASUALTY COMPANY, ET AL** | |

**AND**

| | |
|---|---|
| **TERRON and GLORIA WHITE** | |
| | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO. 13-714-JWD-RLB** |
| **JAMES LEE, ET AL.** | |

**60-DAY ORDER OF DISMISSAL**

The Court having received letters that American Guarantee & Liability Insurance Company, Great West Casualty Company, James Lee, Liquid Transport Corp., Liquid Transport, LLC, Dana Transport, Inc. Dana Transport, LLC, Suttles Truck Leasing, Inc., and Suttles Truck Leasing, LLC, have settled their claims in the above referenced matter with all other parties, including the plaintiffs, Veronica Bennett, Terron White, and Gloria White, and the Intervenor, the State of Louisiana;

**IT IS ORDERED** that American Guarantee & Liability Insurance Company, Great West Casualty Company, James Lee, Liquid Transport Corp., Liquid Transport, LLC, Dana Transport, Inc. Dana Transport, LLC, Suttles Truck Leasing, Inc., and Suttles Truck Leasing, LLC, are hereby **DISMISSED**, without prejudice to the right of any party, upon good cause shown, to reinstate the action within 60 days if the settlement is not consummated. Plaintiffs' rights against all non-settling parties are reserved.

Signed in Baton Rouge, Louisiana, on <u>January 4, 2017</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

01/03/2017 5:28 PM    15048369548    → 12253893569



# WAGAR RICHARD KUTCHER TYGIER & LUMINAIS, LLP
Attorneys at Law
A Limited Liability Partnership

Bradley J. Luminais, Jr.
Partner
Direct Telephone 504 830-7886
Facsimile: 504 836-9564
bluminais@nolacounsel.com

January 3, 2017

*Via Facsimile:* 225-389-3569
Honorable James W. deGravelles
777 Florida Street, Suite 355
Baton Rouge, LA 70801

Re:   *Veronica Bennett v. Great West Casualty Company, et al.* (Case No.3:13-cv-00710)
      *c/w Terron and Gloria White v. James Lee, et al.*
      USDC-MDLA No. 3:13-cv-00714-SDD-RLB
      Our File No. 920.7703

Dear Judge deGravelles:

Please be advised that my clients, Great West Casualty Company, James Lee, Liquid Transport Corp., Liquid Transport, LLC, Dana Transport, Inc. Dana Transport, LLC, Suttles Truck Leasing, Inc., and Suttles Truck Leasing, LLC, have settled all claims in the above referenced matter with all other parties, including the plaintiffs, Veronica Bennett, Terron White, and Gloria White, and the Intervenor, the State of Louisiana.

We are in the process of exchanging settlement funds and documents, but in the interim, the court can issue a 60-day Preliminary Order of Dismissal if it desires. We will be filing a formal Motion to Dismiss with Prejudice in due course.

With kindest regards, I remain

Very truly yours,

BRADLEY J. LUMINAIS, JR.

BJL/hwb/jas

---

Two Lakeway Center | Suite 900 | 3850 North Causeway Boulevard | Metairie, Louisiana 70002
Telephone 504 830 3838 | Telefax 504 836 9540 | www.nolacounsel.com

Honorable James W. deGravelles
January 3, 2017
Page 2

cc:
Scott T. Gegenheimer, Esq.
Terrill W. Boykin, Esq.
Alexis R. Jani, Esq.
Andrea V. Morrison, Esq.
Murphy F. Bell, Jr., Esq.
Shawn D. Vance, Esq.
Doug Kleeman, Esq.
Christopher P. Ieyoub, Esq.
Eric Roan, Esq.
David P. Salley, Esq.
Erika L. Mullenbach Cunningham, Esq.
Bailey A. Adams Juhas, Esq.

# SALLEY, HITE, MERCER & RESOR, LLC
## Attorneys at Law

365 Canal Street
One Canal Place, Ste. 1710
New Orleans, LA 70130
Phone: (504) 566-8800
Fax: (504) 566-8828

www.shmrlaw.com

**ERIKA L. MULLENBACH**
Direct Dial Number: (504) 566-8839
E-mail address: emullenbach@shmrlaw.com

January 4, 2017

**_VIA FACSIMILE (225) 389-3569_**
Honorable James W. deGravelles
777 Florida Street, Suite 355
Baton Rouge, LA 70801

Re:  *Veronica Bennett vs. Great West Casualty Company, et al*
     USDC, M.D. La., No. 3:13-cv-00710
     **consolidated with**
     *Terron White, et al vs. James Lee, et al*
     USDC, M.D. La., No. 3:13-cv-00714
     Our File: 4195-22016

Dear Judge deGravelles:

Please be advised that my client, American Guarantee & Liability Insurance Company, has settled all claims in the above referenced matter with all other parties, including the plaintiffs, Veronica Bennett, Terron White, and Gloria White. We are in the process of exchanging settlement funds and documents. We will be filing a formal Motion to Dismiss with Prejudice in due course.

With kindest personal regards, I am

Sincerely,

Erika L. Mullenbach

ELM/mar
cc:  All Counsel of Record (*Via Email*)