## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **VERONICA BENNETT** | : | CIVIL ACTION |
| | : | NO. 3:13-00710-JWD-RLB |
| **VERSUS** | : | JUDGE DEGRAVELLES |
| **GREAT WEST CASUALTY COMPANY, ET AL** | : | MAG. JUDGE BOURGEOIS |

*CONSOLIDATED WITH*

| | | |
|---|---|---|
| **TERRON and GLORIA WHITE** | : | CIVIL ACTION |
| **VERSUS** | : | NO. 3:13-00714-JWD-RLB |
| | : | JUDGE DEGRAVELLES |
| **GREAT WEST CASUALTY COMPANY, ET AL** | : | MAG. JUDGE BOURGEOIS |

## FINAL JUDGMENT

This matter came for a bench trial on March 21, 2017. Present in court were:

Andrea V. Morrison, Shawn D. Vance and Murphy F. Bell, representing plaintiffs, Terron and Gloria White; Scott Gegenheimer, representing plaintiff, Veronica Bennett; Kriste Utley and Sid Degan, representing defendant, Hartford Insurance Company of the Midwest; and, Eric Roan and Douglas Kleeman, representing defendant, Axis Surplus Insurance Company.

### FINDINGS OF FACT AND CONCLUSIONS OF LAW

This action was tried on March 21, 2017, before the Court sitting without a jury. Having examined the evidence adduced by the respective parties, and heard the arguments of their counsel, and this cause having been submitted for decision, the Court, being fully advised and incorporating

1

its November 8 and 15, 2016 interlocutory rulings on issues of insurance coverage (Rec. Doc. 149), makes the following findings of fact and conclusions of law:

### Findings of Fact

The Court adopts as its findings of facts the *Joint Statement of Undisputed Facts* entered into Evidence as Joint Exhibit 1.

### Conclusions of Law

Plaintiffs are entitled to have judgment against defendants, as provided below:

Considering the law, stipulations made by parties and the evidence in this matter, and arguments of counsel, for the reasons orally assigned:

IT IS ORDERED, ADJUDGED, AND DECREED that payment of damages to the plaintiffs be paid according to the ranking of the insurance policies as decided in this Court's November 8 and 15, 2016 rulings (Rec. Doc. 149), subject to Hartford's reservation of the right to appeal as described herein below.

IT IS ORDERED, ADJUDGED, AND DECREED that the combined damage awards for all plaintiffs in this case exceed $3,000,000.00.

IT IS ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of plaintiffs, Terron and Gloria White, jointly, and against defendant, Hartford Insurance Company of the Midwest, in the total amount of $1,000,000.00.

IT IS ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of plaintiffs, Terron and Gloria White, jointly, and against defendant, Axis Surplus Insurance Company, in the amount of $1,258,130.00.

IT IS ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of plaintiff, Veronica Bennett, and against defendant, Hartford Insurance Company of the Midwest, in the total amount of $1,000,000.00.

IT IS ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of plaintiff, Veronica Bennett, and against defendant, Axis Surplus Insurance Company in the amount of $658,130.00.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Hartford's right to appeal the interlocutory rulings issued on November 8 and 15, 2016 and entered as Rec. Doc. 149 is reserved.

The Court retains jurisdiction over any and all settlement agreements between the parties.

Signed in Baton Rouge, Louisiana, on <u>March 24, 2017</u>.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**